UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-62-SPC-NPM

JESUS ROGAS VERA

### FINAL ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 54). The Government seeks a final order forfeiting interest in an Apple iPhone 11, IMEI 351010395528783, and HP Laptop 2000. *See* 21 U.S.C. § 853(n)(7); Fed. R. Crim. P. 32.2(c)(2). The Court had entered a Preliminary Order of Forfeiture for the assets on October 25, 2023. (Doc. 48). The Government then published the Preliminary Order for thirty days and gave interested third-parties extra days to file petitions asserting their interest in the assets. But no petition has been filed and nobody has made any other claimed interest in the assets, and the time to do so has ended.

Accordingly, it is

**ORDERED**:

1. The United States' Motion for Final Order of Forfeiture (Doc. 54) is **GRANTED**.

2. All right, title, and interest in the Apple iPhone 11, IMEI 351010395528783, and HP Laptop 2000 is **CONDEMNED** and

**FORFEITED** to the United States for disposition according to law.

Clear title to the assets now vests in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on February 29, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record